UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNETTE M. CLAIBORNE | CIVIL ACTION |
| VERSUS | NO: 13-378 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: R(4) |

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, the Court AFFIRMS the Commissioner's decision denying plaintiff's claim for disability insurance benefits and DISMISSES plaintiff's complaint WITH PREJUDICE. The Court also DENIES AS MOOT plaintiff's motion for ruling and DENIES plaintiff's motion to supplement the complaint.

New Orleans, Louisiana, this 23rd day of September, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 23.